13  231
Case 1
117  372

## SUCCESSION OF THOMAS McCRINDELL.

When an appeal bond for a devolutive appeal was given in favor of the administratrix, but not in favor of the creditors of the succession whose claims were opposed by the appellant, the appeal was dismissed.

APPEAL from the District Court of West Feliciana, *Ratliff*, J.   *U. B. & E. Phillips*, and *Brewer & Collins*, for appellants.   *W. Dunbar*, for appellee.

COLE, J.   The dismissal of the appeal is moved, on the ground that all the parties in interest in the judgment, and particularly *Charles Condert*, are not made parties to the appeal.

*Charles Condert* is placed upon the tableau filed as a creditor for the sum of $824 14. The appellants in their opposition, " oppose the claim of *Charles Condert*, because it is not supported by any legal evidence."

The judgment overrules this opposition, and *Condert* is not made a party to the appeal taken from it.

Appellants have given a bond for one hundred dollars for a devolutive appeal in favor of the administratrix, but not in favor of said *Condert*, or any of the creditors of the succession.

*Condert* has an interest in maintaining the judgment. *Succession of Ira Smith*, 8 An. 57.

It is, therefore, ordered, adjudged and decreed, that the appeal in this case be dismissed with costs.